UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

                                                                           Chapter 13

VICTOR MANUEL FERREIRA HERNANDEZ,      Case No. 1-18-40401 (CEC)

                    Debtor.

------------------------------------------------------------------X

## NOTICE OF HEARING

**PLEASE BE ADVISED THAT** that a hearing in connection with the Motion For Relief From Automatic Stay filed by John Latora (Docket No. 7) shall be held on March 6, 2018 at 11:00 a.m., before the Honorable Carla E. Craig, United States Bankruptcy Court Judge, at United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201.

Dated: White Plains, New York
         February 2, 2018

                                      **CUDDY & FEDER LLP**
                                      *Attorneys for John Latora*
                                      445 Hamilton Avenue-14th Floor
                                      White Plains, New York 10601
                                      (914) 761-1300 (Phone)
                                      (914) 761-5372 (Fax)
                                      Jkimerling@cuddyfeder.com
                                      bgoodhouse@cuddyfeder.com

                                      By:     */s/ Joshua E. Kimerling*
                                              Joshua E. Kimerling, (JK 0053)
                                              Brendan Goodhouse, (BG1204)

To:

    Nnenna Okike Onua, Esq.
    McKinley, Onua & Associates, PLLC
    26 Court Street, Suite 300
    Brooklyn, NY 11242
    718-522-0236

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
212-510-0500