UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

    Victor Manuel Ferreira Hernandez,

                      Debtor(s)
-----------------------------------------------------------X

CHAPTER 13
CASE NO: 18-40401

**AFFIDAVIT**

VICTOR FERREIRA HERNANDEZ, under the penalties of perjury, deposes and says:

1. I am the debtor in the above Chapter 13 action, and am familiar with the facts and circumstances of this case.

2. The last four digits of my Social Security Number are 2977.

3. I am retired and no longer receive wages. I do not receive any pay statements.

4. I receive Social Security and rental income.

_____
Victor Ferreira Hernandez

Sworn to before me 19th of March 2018

_____
Notary Public

CARLA N. MCFARLANE
Notary Public, State of New York
No. 01MC6344962
Qualified in Kings County
Commission Expires 7/18/2020

1