

Attorneys at Law

April 17, 2018

**VIA ECF**
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East – Courtroom 3529
Brooklyn, NY 11201-1800

**In Re: Victor Manuel Hernandez Ferreira**
**Bankruptcy Case No.: 1-18-40401**
**Adversary Proceeding No.: 18-01013**

To All Parties,

    Our firm, McKinley Onua & Associates, PLLC, represents Debtor, Victor Ferreira Hernandez, in the above referenced Chapter 13 bankruptcy matter. Please take notice that Debtor's address has been changed from 1127 Putnam Avenue, Brooklyn, New York 11221 to 145-04 Liberty Avenue, Jamaica, New York 11435.

    If you have any questions, please feel free to contact our office at (718) 522-0236.

Sincerely<br>
Carla McFarlane<br>
Paralegal

Cc:
    Joshua Kimerling, Esq.
    Cuddy & Feder, LLP
    Attorney for Creditor
    445 Hamilton Avenue, # 14TH FL
    White Plains NY 10601

    Michael J. Macco, Esq.
    *Trustee*
    2950 Express Drive South, Suite 109
    Islandia New York 11749